Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Dayana Pelayo, SBN 308705
dayana.pelayo@eeoc.gov
Shigufa Saleheen, SBN 341013
shigufa.saleheen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3090
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Brian Peters, SBN 174688
bpeters@kdvlaw.com
Cynthia D. Kinney, SBN 196789
ckinney@kdvlaw.com
KAUFMAN DOLOWICH LLP
21515 Hawthorne Blvd., Suite 450
Torrance, CA 90503

Attorneys for Defendant
GOODSELL/WILKINS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

GOODSELL/WILKINS, INC., and DOES 1-10, inclusive,

Defendants.

Case No.: 8:22-cv-01765-CJC (JDEx)

**JOINT NOTICE OF SETTLEMENT**

Hon. District Judge Cormac J. Carney

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Goodsell/Wilkins, Inc. hereby provide notice that the Parties have reached a settlement in principle. The Parties are currently in the process of finalizing the Proposed Consent Decree for the Court's consideration and approval. The Parties anticipate that the Proposed Consent Decree will be filed within 60 days from today. As such, the Parties request that all currently set dates be vacated.

As the Consent Decree requires the Court's approval and entry, the Parties respectfully request that the Court retain jurisdiction to allow the Parties to submit the Consent Decree to the Court for approval.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: April 16, 2024

By: */s/ Dayana R. Pelayo*
Dayana R. Pelayo
Attorney for Plaintiff
U.S. EEOC

KAUFMAN DOLOWICH LLP

Dated: April 16, 2024

By: */s/ Cynthia D. Kinney*
Cynthia D. Kinney
Attorney for Defendant
Goodsell/Wilkins, Inc.

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized this filing.

Dated: April 16, 2024

*/s/ Dayana R. Pelayo*
Dayana R. Pelayo
Trial Attorney, U.S. EEOC