Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Dayana R. Pelayo, SBN 308705
dayana.pelayo@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3090
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOODSELL/WILKINS, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:22-cv-01765-JWH-(JDEx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; ATTACHMENTS: [PROPOSED] CONSENT DECREE; EXHIBITS A-D**<br><br>Hon. District Judge John W. Holcomb |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") files this Notice of Lodging of the attached documents, [PROPOSED] CONSENT DECREE, Exhibits A-D, which have been agreed to and signed by EEOC and Defendant Goodsell/Wilkins, Inc.  The attached documents are hereby lodged for this Court's approval and entry into the record.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated:  February 11, 2025            By:   /s/ Dayana R. Pelayo
                                                                Dayana R. Pelayo
                                                                Attorney for Plaintiff
                                                                U.S. EEOC